The People of the State of Illinois, Plaintiff-Appellee, *v.* Juan Lugo, a/k/a John Lugo, Defendant-Appellant.

(No. 72-308;

Second District—October 29, 1973.

35

Opinion by Mr. PRESIDING JUSTICE GUILD.

Samuel L. Dean, Jr., of Rockford, for appellant.

Richard Caldwell, State's Attorney, of Oregon, (Peter J. Woods, Assistant State's Attorney, of counsel,) for the People.